UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Plaintiff(s),

    -against-

TVSHACK.NET,
                          Defendant(s).
-----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

10 civ 9203 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Monday, February 21, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                Don Fletcher
                                     Courtroom Case Manager

Dated: New York, New York
         January 3, 2011

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2011
```