UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Plaintiff(s),

      -against-

TVSHACK.NET
                       Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

10 civ 9203 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, March 1, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                          **Don Fletcher**
                                          **Courtroom Case Manager**

Dated: New York, New York
          February 16, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2011
```