PREET BHARARA
United States Attorney for the
Southern District of New York
By: SHARON COHEN LEVIN
Assistant United States Attorney
One St. Andrews Plaza
New York, New York 10007
Tel.: (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    -against-<br><br>THE FOLLOWING DOMAIN NAMES:<br><br>TVSHACK.NET,<br>MOVIES-LINKS.TV,<br>ZML.COM,<br>NOW-MOVIES.COM,<br>THEPIRATECITY.ORG,<br>PLANETMOVIEZ.COM, AND<br>FILESPUMP.COM,<br><br>         Defendants-*in-rem*. | DECLARATION OF PUBLICATION<br><br>10 Civ. 9203 (JGK) |

       I, SHARON COHEN LEVIN, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

       That I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

       That attached to this declaration are (1) a true and correct copy of a notice of civil forfeiture in this action, (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an

official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 17, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

  That both documents referenced-above were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
   March 21, 2011

                _____/s/_____
                SHARON COHEN LEVIN

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: 10 CV. 9203 (JGK); NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 2323, the United States filed a verified Complaint for Forfeiture against the following property:

TVSHACK.NET (11-ICE-000239)

MOVIES-LINK.TV (11-ICE-000240)

ZML.COM (11-ICE-000241)

NOW-MOVIES.COM (11-ICE-000242)

THEPIRATECITY.ORG (11-ICE-000243)

PLANETMOVIEZ.COM (11-ICE-000244)

FILESPUMP.COM (11-ICE-000245)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (December 17, 2010) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and copies of each served upon Assistant United States Attorney Jason Hernandez, One St. Andrew's Plaza, New York, NY 10007, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 17, 2010 and January 15, 2011. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Motion Picture Association of America (MPAA)

**Court Case No:** 10 CV. 9203 (JGK)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/17/2010 | 24.0 | Verified |
| 2 | 12/18/2010 | 24.0 | Verified |
| 3 | 12/19/2010 | 24.0 | Verified |
| 4 | 12/20/2010 | 24.0 | Verified |
| 5 | 12/21/2010 | 24.0 | Verified |
| 6 | 12/22/2010 | 23.9 | Verified |
| 7 | 12/23/2010 | 24.0 | Verified |
| 8 | 12/24/2010 | 24.0 | Verified |
| 9 | 12/25/2010 | 24.0 | Verified |
| 10 | 12/26/2010 | 24.0 | Verified |
| 11 | 12/27/2010 | 24.0 | Verified |
| 12 | 12/28/2010 | 24.0 | Verified |
| 13 | 12/29/2010 | 24.0 | Verified |
| 14 | 12/30/2010 | 24.0 | Verified |
| 15 | 12/31/2010 | 24.0 | Verified |
| 16 | 01/01/2011 | 24.0 | Verified |
| 17 | 01/02/2011 | 24.0 | Verified |
| 18 | 01/03/2011 | 24.0 | Verified |
| 19 | 01/04/2011 | 24.0 | Verified |
| 20 | 01/05/2011 | 23.5 | Verified |
| 21 | 01/06/2011 | 24.0 | Verified |
| 22 | 01/07/2011 | 24.0 | Verified |
| 23 | 01/08/2011 | 24.0 | Verified |
| 24 | 01/09/2011 | 24.0 | Verified |
| 25 | 01/10/2011 | 24.0 | Verified |
| 26 | 01/11/2011 | 24.0 | Verified |
| 27 | 01/12/2011 | 24.0 | Verified |
| 28 | 01/13/2011 | 23.9 | Verified |
| 29 | 01/14/2011 | 24.0 | Verified |
| 30 | 01/15/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.