◎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN       DISTRICT OF       NEW YORK

**APPEARANCE**

United States of America

v.

The Following Domain Names: ....et al.

Case Number: 10 Civ. 9203 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 21, 2011 | /S/ |
| Date | Signature |
| | Sharon Cohen Levin |
| | Print Name / Bar Number |
| | U.S. Attorney's Office - 1 St. Andrew's Plaza |
| | Address |
| | New York,   New York   10007 |
| | City   State   Zip Code |
| | (212) 637-1060   (212) 637-0421 |
| | Phone Number   Fax Number |