UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

THE FOLLOWING DOMAIN NAMES:

TVSHACK.NET,
MOVIES-LINKS.TV,
ZML.COM,
NOW-MOVIES.COM,
THEPIRATECITY.ORG,
PLANETMOVIEZ.COM, AND
FILESPUMP.COM,

        Defendants-*in-rem*.
---------------------------------------------------------------

DEFAULT JUDGMENT

10 Civ. 9203 (JGK)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2011
```

    WHEREAS, on December 9, 2010, the United States commenced a civil action for the forfeiture of the above-referenced Defendants-*in-rem* (the "Defendant Property") by the filing of a verified complaint;

    WHEREAS, on or about January 28, 2011, a notice letter and copy of the verified complaint were sent by federal express, to:

    (1)  Qualified Marketing Ltd., FilesPump.Com, Blake Bldg., Suite 102, Corner Eyre & Hutson Street, Belize City, Belize;

    (2)  Movies-Links.TV, Privacy Protect.Org, Domain Administration, P.O. Box 97, Moergestel Null, 5066 ZH, NL;

    (3)  Domains by Proxy, Inc., Now-Movies.Com, 15111 N. Hayden Rd., Suite 160, PMB 353, Scottsdale, AZ 85260;

    (4)    Whois Guard, PlanetMoviez.com, 8939 S. Sepulveda Blvd. #110-732, Westchester, CA 90045;

    (5)    Richard O'Dwyer, 82 New Station Road, Bolsover, Derbyshire S44 6JB;

    (6)    Whois Privacy Service Pty. Ltd., ThePirateCity.Org, GPO Box 1717, Brisbane, Queensland, Australia 4001;

    (7)    Private Protection Co., Ltd, TVSHACK.NET, No. 1111 Chaoyang Road, Beijing, China;

    (8)    Privacy Protect.cn, ZML.COM, Henry Nguyen Gong, Rue la Produit 34 Nimes Languedoc-Roussillon 30189, France.

WHEREAS, on or about February 17, 2011, an additional notice letter and a copy of the verified complaint was sent by federal express, to Felix Morales, Now-Movies.Com, 3001 N. 21st Pl, Phoenix, Arizona 85016;

WHEREAS, the foregoing are the only persons known by the Government to have a potential interest in the Defendant Property;

WHEREAS, notice of the verified complaint against the defendant *in rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 17, 2010, and proof of such publication was filed with the Clerk of this Court on March 21, 2011;

WHEREAS, no claims or answers have been filed or made in this judicial forfeiture action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. §

983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Preet Bharara, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Sharon Cohen Levin, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant Property.

2. The Defendant Property shall be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The Department of Homeland Security, Bureau of Immigration and Customs Enforcement shall dispose of the Defendant Property according to law.

Dated:   New York, New York
         ~~March~~ , 2011
         April 15, 2011

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE